**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 APR -7 PM 1: 48

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

JOHN WEST DAVIS,

    Plaintiff,

vs.

    Case No. 2:05-cv-358-FtM-34SPC

FLORIDA DEPARTMENT OF CORRECTIONS;
WARDEN BARRY; ASST. WARDEN LANGFORD;
ASST. WARDEN LOWE; D.K. HENSON;
JAMES V. CROSBY, JR.; MARTHA
VILLACORTA,

    Defendants.

---

### ORDER[1]

This matter comes before the Court upon review of the decision by the Eleventh Circuit Court of Appeals vacating the Court's January 16, 2007 Order of Dismissal, and remanding the case for further proceedings. See Doc. #77.

ACCORDINGLY, it is hereby **ORDERED**:

The Clerk of Court is directed to re-open the above-captioned action.

**DONE AND ORDERED** in Fort Myers, Florida, on this 7th day of April, 2008.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.